JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE SCOTT, | ) Case No. CV 12-02494-GHK (OP) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| RANDY GROUNDS, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: __4/11__, 2012

HONORABLE GEORGE H. KING
United States District Judge

Presented by:

HONORABLE OSWALD PARADA
United States Magistrate Judge