JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE SCOTT,<br><br>    Petitioner,<br><br>    v.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | Case No. CV 12-02494-GHK (OP)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:   4/11  , 2012

HONORABLE GEORGE H. KING
United States District Judge

Presented by:

HONORABLE OSWALD PARADA
United States Magistrate Judge